## CONSENT TO SUE UNDER THE FLSA

RE: Eric Cook v J&J Pallet Solutions, Inc.

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C § 201 et seq, to secure unpaid minimum and overtime wages, liquidated damages, attorney's fees, cost, and other relief arising out of my employment with J&J Pallet Solutions, Inc., and/or any other associated party.

I authorize The Spitz Law Firm, LLC and Buckley Beal, L.L.P, and any associated attorneys to represent me with respect to my claims by joining my claims to an existing lawsuit against Defendants and any other associated parties. By signing and returning this consent to sue, I understand that I will be represented by the above attorneys without prepayment of cost or attorneys fees. I understand that if I or any other plaintiffs are successful in this litigation, cost expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a *pro rata* basis with all other such plaintiffs. I understand that I and/or other plaintiffs may petition to Court for an award of fees and cost to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either be the amount received from Defendants or forty percent (40%) of my gross settlement or judgment, whichever is greater.

Signature: *Eric Cook*   Date: 9-25-18

Name (Please Print): Eric Cook

Street Address: [redacted]

City, State, Zip Code: [redacted]

Phone Number: [redacted]

Email Address: [redacted]

FAX to:   216.291.5744

MAIL to:   ATTN: J&J Pallet Solutions Wage Claim
Chris P. Wido, Esq.
The Spitz Law Firm, LLC
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122

EMAIL to:   chris.wido@spitzlawfirm.com