# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC COOK, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:18-CV-04505-TWT ) |
| J&J PALLET SOLUTIONS, INC., | ) ) |
| Defendant. | ) ) |
| _____ | / |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Eric Cook and Defendant J&J Pallet Solutions, Inc. and stipulate to the dismissal of the above-styled action WITH PREJUDICE.

Respectfully submitted, this 7th day of January, 2019.

| | |
|---|---|
| **BUCKLEY BEAL, LLP**<br>Attorneys for Plaintiff<br>/s/ Rachel Berlin<br>Rachel Berlin<br>Ga. Bar No. 707419<br>600 Peachtree Street, NE, Suite 3900<br>Atlanta, Georgia 30308<br>404-781-1100<br>rberlin@buckleybeal.com | **THE MYER LAW FIRM**<br>Attorney for Defendant<br>/s/ Mari L. Myer<br>MARI L. MYER<br>Georgia Bar No. 533020<br>125 East Trinity Place, Suite 308<br>Decatur, Georgia 30030<br>404-601-4125<br>mmyer@myerlawatlanta.com |
| **The Spitz Law Firm, LLP**<br>/s/ Chris Wido<br>Chris Wido | |

| | |
|---|---|
| Ohio Bar No. 0090441<br>(Pro Hac Vice)<br>25200 Chagrin Blvd., Suite 200<br>Beachwood, Ohio 44122<br>216-291-4744<br>Chris.wido@spitzlawfirm.com | |

## CERTIFICATION

I certify that this document was prepared using 14 point Times New Roman type, as authorized by the Court in LR 5.1C.

/s/ Mari L. Myer

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC COOK, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO. 1:18-CV-04505-TWT |
| J&J PALLET SOLUTIONS, INC., ) ) | |
| Defendant. ) ) _____ / | |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7th, 2019, I served a copy of the within and foregoing "Stipulation of Dismissal With Prejudice" to all counsel of record via the Court's ECF system which will send electronic notification to all counsel of record.

Respectfully submitted,

**Buckley Beal, LLP**

/s/ Rachel Berlin
Rachel Berlin
Ga. Bar No. 707419
rberlin@buckleybeal.com
600 Peachtree Street, NE, Suite 3900
Atlanta, Georgia, 30308
404-781-1100

3